# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### Green Bay Division

ALICE GILL, RACHEL BUTLER,
MORGAN RICE, PATREESE WILLIAMS,
JESSE WILSON, GLORIA APPIAH,           Court File No. 1:25-cv-489
DOROTHEA FULMORE, DARLENE
MOORE, JEROME COLE, RUBEN              Judge Byron B. Conway
VILLANUEVA, JOSE ROSARIO,
ANDREW FUENTES, SPENCER
THOMPSON, JOSEPH GREENWOOD,
KATHLEEN ZACCHEO, JEREMY
RICKABAUGH, and NICOLE MATOS, *on
behalf of themselves and all individuals
similarly situated*,

        Plaintiff,

    v.

SOAREN MANAGEMENT, LLC, *et al.,*

        Defendants.

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY, OR IN THE ALTERNATIVE, TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Tribal Defendants Gena Kakkak, Joey Awonohopay, Spencer Gauthier, Michael Fish Jr.,

Dana Waubanascum, Joan Delabreau, Rebecca Brunette, Daynell Grignon, Randy Chevalier, and

Crystal Chapman-Chevalier move the Court for an order compelling arbitration or in the

alternative for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

For the reasons stated in the accompanying Memorandum in Support this Motion, along

with the files, records, pleadings, arguments of counsel, and supporting declarations with exhibits,

the Court should compel Plaintiffs to arbitrate their claims individually, and stay this matter

accordingly. Alternatively, the Court should dismiss Plaintiffs' claims against the individual Tribal

Defendants for lack of subject matter jurisdiction due to tribal sovereign immunity and legislative immunity, as well as failure to state claims upon which relief may be granted.

Dated: July 30, 2025

s/ Ariel K. Lierz

Ariel K. Lierz, WI Bar # 1123908
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*

**Spencer Fane LLP**
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 30, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to

all CM/ECF participants.

<div style="margin-left: 50%;">

*s/ Ariel K. Lierz*
Ariel K. Lierz, WI Bar # 1123908
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*

**Spencer Fane, LLP**
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

</div>

3