**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

**GREEN BAY DIVISION**

ALICE GILL, *et al.,*

           Plaintiffs,

v.

SOAREN MANAGEMENT, LLC, *et al.*,

           Defendants.

Civil Action No.: 1:25-cv-00489-BBC

Hon. Judge Byron B. Conway

**[PROPOSED] ORDER GRANTING**
**SPECIALLY-APPEARING DEFENDANT SOAREN MANAGEMENT, LLC'S**
**MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), 12(b)(6), 12(b)(4), and 12(b)(2)**

The above-entitled matter came before the court upon Specially-Appearing Defendant Soaren Management, LLC's Motion to Dismiss Pursuant to FRCP 12(b)(1), 12(b)(6), 12(b)(4) and 12(b)(2). Appearances were noted on the record.

Based upon the motion, memorandum in support, declaration in support and exhibits attached thereto, the case file, records, and proceedings, together with arguments of the parties,

IT IS HEREBY ORDERED that:

1.     Soaren Management, LLC's Motion to Dismiss Pursuant to FRCP 12(b)(1), 12(b)(6), 12(b)(4) and 12(b)(2) is **GRANTED**; and

2.     Plaintiffs Class Action Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Date: _____

 

_____
Honorable Judge Byron B. Conway
District Court Judge

1