**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**Green Bay Division**

ALICE GILL, *et al.*, *on behalf of themselves*      :
*and all individuals similarly situated,*      :
     :
             Plaintiffs,      :
     :
v.      :    Civil Action No. 1:25-cv-00489-BBC
     :
SOAREN MANAGEMENT, LLC, *et al.*,      :
     :
             Defendants.      :
_____ :

## DECLARATION OF ANDREW GUZZO

I, Andrew Guzzo, declare as follows:

1.     My name is Andrew Guzzo. I am forty-one (41) years old, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2.     Attached hereto as Exhibit A is a true and accurate copy of the entity information for Soaren Management, LLC, on file with the Arizona Corporation Commission.

3.     Exhibit A was obtained from the Arizona Corporation Commission on October 11, 2025, and it is still the current information available as of October 29, 2025. To the best of my knowledge, Exhibit A has not changed since the time our firm filed the Complaint and previously reviewed the records of the Arizona Corporation Commission.

4.     I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 29th day of October 2025.

                                            */s/ Andrew J. Guzzo*_____
                                            Andrew Joseph Guzzo

# EXHIBIT A

## ENTITY INFORMATION

**Search Date and Time: 10/11/2025 9:04:38 AM**

**Entity Details**

**Entity Name:**

SOAREN MANAGEMENT, LLC

**Entity ID:**

R22224045

**Entity Type:**

Foreign LLC

**Entity Status:**

**Active**

**Formation Date:**

9/27/2017

**Reason for Status:**

In Good Standing

**Approval Date:**

10/18/2017

**Status Date:**

**Original Incorporation Date:**

9/27/2017

**Life Period:**

Perpetual

**Business Type:**

**Last Annual Report Filed:**

**Domicile State:**

Delaware

**Annual Report Due Date:**

**Years Due:**

**Original Publish Date:**

**Statutory Agent Information**

| | Name: |
|---|---|
| ANDREW DUNN | |
| | Appointed Status: |
| Active | |
| | Attention: |
| | Address: |
| 20830 N TATUM BLVD #115 , PHOENIX, AZ 85050, USA | |
| | Agent Last Updated: |
| 10/18/2017 | |
| | E-mail: |
| | Attention: |
| | Mailing Address: |
| 20830 N TATUM BLVD #115 , PHOENIX, AZ 85050, USA | |
| | County: |

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | KRAKEN HOLDINGS LLC | | 8000 NORMAN CENTER DR STE 860, BLOOMINGTON, MN, 55437, USA | 9/27/2017 | 10/18/2017 |

Page 1 of 1, records 1 to 1 of 1

**Address**

**Attention:**

**Address:** 20830 N TATUM BLVD #115, PHOENIX, AZ, 85050, USA

**County:** Maricopa

**Last Updated:**

**Entity Principal Office Address**

**Attention:**

**Address:** ATTN CAPITOL SERVICES INC 1675 S STATE ST STE B, DOVER, DE, 19901, USA

**County:** Maricopa Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

**Last Updated:**

Back    Return to Search

Return to Results

Document History        Name/Restructuring History

Pending Documents        Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)