**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Green Bay Division**

| | |
|---|---|
| ALICE GILL, *et al.*, *on behalf of themselves and all individuals similarly situated,* | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 1:25-cv-00489-BBC |
| | : |
| SOAREN MANAGEMENT, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

## <u>DECLARATION OF MORGAN RICE</u>

I, Morgan Rice, declare as follows:

1. My name is Morgan Rice. I am twenty-six (26) years old, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. For almost my entire life, the state of Indiana has been my home except for several years of my childhood when my family lived in Kentucky.

3. I have no intention of leaving Indiana and it is my intention to permanently live in Indiana, where I reside with my husband. In addition to my husband, Indiana is home to other members of my family, including my sister, brother, and parents.

4. Right now, my husband and I live with at my sister's house, but it constitutes my predominant and principal place of abode. In March of 2026, I anticipate that my husband and I will begin looking for an apartment to rent, but it would be my intention to stay in Franklin, Indiana, as I intend to continue to live here.

5. Other than living with my sister, there are no other place or places where I maintain another place of abode.

6.      I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 28th day of October 2025.

/s/ Morgan Rice _____
Morgan Rice