**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Green Bay Division**

ALICE GILL, RACHEL BUTLER,
MORGAN RICE, PATREESE WILLIAMS,
JESSE WILSON, GLORIA APPIAH,
DOROTHEA FULMORE, DARLENE
MOORE, JEROME COLE, RUBEN
VILLANUEVA, JOSE ROSARIO,
ANDREW FUENTES, SPENCER
THOMPSON, JOSEPH GREENWOOD,
KATHLEEN ZACCHEO, JEREMY
RICKABAUGH, and NICOLE MATOS, *on
behalf of themselves and all individuals
similarly situated*,

Court File No. 1:25-cv-489

Judge Byron B. Conway

          Plaintiff,

     v.

SOAREN MANAGEMENT, LLC, *et al.,*

          Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING SEVENTH
CIRCUIT'S DECISION IN HARRIS**

Defendants Gena Kakkak, Joey Awonohopay, Spencer Gauthier, Michael Fish Jr., Dana

Waubanascum, Joan Delabreau, Rebecca Brunette, Daynell Grignon, Randy Chevalier, and

Crystal Chapman-Chevalier ("Tribal Defendants"), by counsel, respectfully submit their response

to Plaintiffs' Notice Regarding Seventh Circuit's Decision in Harris ("Notice"). Dkt. No. 45.

As an initial matter, Plaintiffs' have electronically filed their Notice as a "Motion to Lift

Stay." *See id.* Presumably after filing the Notice initially and receiving a reminder that "[a]ny

request for court action must be filed as a motion," Plaintiffs' chose "Motion to Lift Stay" as the

type of motion when they re-filed. *See generally*, Dkt. However, Plaintiffs' Notice is anything but

a motion.

First, the Notice is devoid of any legal argument. In fact, the Notice contains only two paragraphs, and four sentences advising the Court that a decision was reached by the Seventh Circuit in *Harris v. W6LS, Inc.*, and summarily requesting for the Court to "lift the stay and return the case to its active docket." Dkt. No. 45. Further, the Notice fails to comply with Civil L. R. 7(a) which states that "[e]very motion must state the statute or rule pursuant to which it is made and, . . . must be accompanied by: (1) a supporting memorandum and, when necessary, affidavits, declarations, or other papers; or (2) a certificate stating that no memorandum or other supporting papers will be filed." The Notice does not provide any statute or rule, and Plaintiffs did not file a supporting memorandum or a certificate that no memorandum would be filed. Accordingly, it is impossible for the Tribal Defendants to respond to Plaintiffs' "Motion to Lift Stay" that is not a motion at all.

In any event, Plaintiffs are correct that on March 31, 2026, the Seventh Circuit issued a decision in *Harris v. W6LS, Inc.*, No. 24-2056. That said, the fact that a decision was reached does not automatically mean that the stay should be lifted. Since Plaintiffs filed their Notice, counsel for appellants in the *Harris* case have been granted an extension of time to file a petition for rehearing en banc. *Id.* at Dkt. No. 53. With appellate remedies left to be utilized, it is the Tribal Defendants' position that since the Court stayed the case to allow for a final decision in *Harris*, it may be the best use of judicial and party resources to keep a stay in place until all appellate remedies have been exhausted.

Following a final unappealable decision in *Harris*, the Tribal Defendants recommend for the stay to be lifted and for the Court to set briefing schedule as to the Tribal Defendants' motion to compel arbitration and stay, or in the alternative, to dismiss.

Dated: April 23, 2026

*s/ Ariel K. Lierz*

Ariel K. Lierz, WI Bar # 1123908

*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*

**Spencer Fane LLP**
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all CM/ECF participants.

<div style="margin-left:50%">

*s/ Ariel K. Lierz*

Ariel K. Lierz, WI Bar # 1123908
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*

**Spencer Fane LLP**
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

</div>

4