**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**Green Bay Division**

| | |
|---|---|
| ALICE GILL, RACHEL BUTLER, MORGAN RICE, PATREESE WILLIAMS, JESSE WILSON, GLORIA APPIAH, DOROTHEA FULMORE, DARLENE MOORE, JEROME COLE, RUBEN VILLANUEVA, JOSE ROSARIO, ANDREW FUENTES, SPENCER THOMPSON, JOSEPH GREENWOOD, KATHLEEN ZACCHEO, JEREMY RICKABAUGH, and NICOLE MATOS, *on behalf of themselves and all individuals similarly situated*, | Court File No. 1:25-cv-489<br><br>Judge Byron B. Conway |

Plaintiffs,

v.

SOAREN MANAGEMENT, LLC, *et al.*,

Defendants.

**TRIBAL DEFENDANTS NOTICE OF SUPPLEMENT AUTHORITY**

Defendants Gena Kakkak, Joey Awonohopay, Spencer Gauthier, Michael Fish Jr., Dana Waubanascum, Joan Delabreau, Rebecca Brunette, Daynell Grignon, Randy Chevalier, and Crystal Chapman-Chevalier (the "Tribal Defendants"), by and through their counsel, and pursuant to Local Rule 7(k), provide notice to the Court of pertinent and significant authority which was decided after the parties filed their final briefs on a motion. Specifically, the attached decision in *Adam Wood v. Crane Lending, LLC*, Case No. 4:25-cv-122-DJH, Doc. 23 (W.D. Ky. Aug. 12, 2026) is relevant to Section IV(A) of Tribal Defendants' Memorandum of Law in Support of Motion to Compel Arbitration and Stay, or in the Alterative, to Dismiss Under Fed. R. Civ. P 12(b)(1) and 12(b)(6) (ECF No. 19) and Tribal Defendants' Supplemental Memorandum of Law in Support of Motion to Compel Arbitration and Stay, or in the Alterative, to Dismiss Under Fed. R. Civ. P 12(b)(1) and 12(b)(6) (ECF. No. 50).

Dated: August 18, 2026

*s/ Patrick J. McAndrews*

Patrick J. McAndrews, WIED #62623
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Joan Delabreau, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*
**Spencer Fane, LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100
816-474-3216 (facsimile)
pmcandrews@spencerfane.com

and

Ariel K. Lierz, WI Bar # 1123908
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Joan Delabreau, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*
**Spencer Fane, LLP**
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to all CM/ECF participants.

*s/ Patrick J. McAndrews*
Patrick J. McAndrews, WIED #62623
*Attorney for Defendants Spencer Gautheir, Rebecca Brunette, Randy Chevalier, Crystal Chapman-Chevalier, Joan Delabreau, Dana Waubanascum, Daynell Grignon, Gena Kakkak, Joey Awonohopay and Michael Fish, Jr.*
**Spencer Fane, LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100
816-474-3216 (facsimile)
pmcandrews@spencerfane.com